# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 269 WAL 2020

         Respondent            :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

              v.                     :

GREGORY JORDAN,                 :

             Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner is:

> Whether the Superior Court panel erred as a matter of law in concluding that inconsistent verdicts are always permissible in consolidated jury/bench trials pursuant to *Commonwealth v. Yachymiak*, 505 A.2d 1024 (Pa. Super. 1986) and *Commonwealth v. Wharton*, 594 A.2d 696 (Pa. Super. 1991), particularly where a different panel of the Superior Court reached the exact opposite conclusion in *Commonwealth v. Rankin*, [235 A.3d 373 (Pa. Super. 2020)]?